STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. GEORGE P. CLAYPOOLE, PLAINTIFF IN ERROR.

Submitted October 28, 1927—Decided February 6, 1928.

For the defendant in error, *Albert H. Holland.*

For the plaintiff in error, *William A. Dolan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.